United States Bankruptcy Court for the
Western District of Pennsylvania

IN RE:

Thomas & Alena Staniech

Case No. 99-22776 JKF

Related to Doc. #38

Debtor(s)

ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Commercial Financial Services, in the amount of $2,705.50 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that a Motion for the Recovery of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the US Attorney for the Western District of Pennsylvania and there being no objections filed, it is further appearing that NCO Financial Systems, Inc. now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $2,705.50, to:

NCO Financial Systems, Inc.
C/o Dilks & Knopik, LLC
PO Box 502
Redmond, WA 98073-0502

Dated: 9-21-2005

Judith K. Fitzgerald
United States Bankruptcy Judge

Application Submitted By:

Dated: 7/13/05   Respectfully Submitted: Jardanian Joseph
Jardanian Josephs, Esquire
Pa. I.D. 88667
Seth Law Associates
650 Smithfield St.
Centre City Tower, Ste 1305
Pittsburgh, PA 15222
Ph: (412) 281-6005
Fx: (412) 281-6009

FILED

SEP 21 2005

CLERK, U.S. COURT
WEST. DIST. OF PENNSYLVANIA